IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80167 WHA |
| In the Matter of John Steve Sargetis - #080630 | **ORDER OF SUSPENSION** |

Because John Steve Sargetis has failed to respond to the order to show cause, Mr. Sargetis' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: July 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE